IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARNOLD VARGAS,<br><br>Plaintiffs,<br><br>v.<br><br>AQUA-LEISURE RECREATION LLC DBA YUKON CHARLIE'S,<br><br>Defendant. | Civil Action No. 1:25-cv-10687 |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)**

1. Whereas Plaintiff Arnold Vargas filed the above-referenced case against Defendant Aqua-Leisure Recreation LLC dba Yukon Charlie's., on March 25, 2025.

2. Whereas Defendant has not yet answered Plaintiff's complaint, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses the complaint with prejudice.

Dated: June 20, 2025                    Respectfully Submitted,

By: */s/ Jason Leviton*
Jason M. Leviton, Esq.
BLOCK & LEVITON, LLP
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
jason@blockleviton.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Jason M. Leviton, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 20th day of June, 2025.

 /s/ Jason M. Leviton
Jason M. Leviton